```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

JOSEPH YOUNG, et al.,          }
                               }
    Plaintiffs,               }
                               }   CIVIL ACTION NO.
v.                             }
                               }   01-AR-1151-S
NEW PROCESS STEEL, L.P.,       }   02-AR-1739-S
                               }
    Defendant.                }

### MEMORANDUM OPINION

    Defendant, New Process Steel, L.P., is incorrect insofar as it seeks the inclusion of the costs taxed against plaintiffs in the trial court as part of the bond to be posted by the plaintiffs-appellees in accordance with Rule 7, F.R.App.P.. However, plaintiffs have not offered any evidence to refute defendant's claim that a reasonable anticipated attorney's fee for defending the appeal would be $60,000, a figure which the court agrees is reasonable. The fixing of a Rule 7 bond, pursuant to *Pedranza v. United Guaranty Corp.*, 313 F. 3d 1323 (11th Cir. 2002), does not require the court to predict whether or not a defendant will prevail on appeal, or to require that defendant demonstrate that the appeal is frivolous. Accordingly, by separate order, plaintiffs will be required to post a Rule 7 bond in the amount of $61,000.00, comprised of $1,000 in expenses and $60,000 in attorney's fees.

    DONE this 15th day of March, 2004.

                                         /s/ William M. Acker
                                         WILLIAM M. ACKER, JR.
                                         UNITED STATES DISTRICT JUDGE

FILED 04 MAR 15 PM 3:15 U.S. DISTRICT COURT N.D. OF ALABAMA

ENTERED MAR 15 2004

302